JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON-SAMUEL JAMES-SINGLETON PERKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEBBIE ASUNCION, et al.,<br><br>　　　　Defendants. | Case No. 5:18-cv-2203-JVS (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed with prejudice and without leave to amend.

Dated: March 22, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JAMES V. SELNA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE